IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:23-MC-00001-KDB-DCK

| National Labor Relations Board, | |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| Pain Relief Centers, P.A., | |
| Respondent. | |

**THIS MATTER IS BEFORE THE COURT** on the Petitioner's Application For Enforcement Of Administrative Subpoena. (Doc. No. 1). On January 30, 2023, the Court ordered the Respondent to show cause as to why the Court should not grant the Application. (Doc. No. 3). The Respondent has failed to timely respond. Accordingly, the Petitioner's Application is **GRANTED.**

**IT IS FURTHER ORDERED** that Respondents shall fully comply with the terms of the Petitioner's subpoena duces tecum B-1-1H96C6F and provide the documents requested therein within fourteen (14) days of this order, by email directed to michael.dale@nlrb.gov or by mail directed to the NLRB's Contempt, Compliance & Special Litigation Branch, located at 1015 Half Street, SE, 4th Floor, Washington, DC 20003. The Clerk shall serve a copy of this Order upon the Respondent.

**SO ORDERED ADJUDGED AND DECREED.**

Signed: February 14, 2023

Kenneth D. Bell
United States District Judge